

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

Direct 410.244.7434
hdfoley@venable.com

November 3, 2023

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2023

**VIA ECF**
The Honorable Valerie Caproni
United States District Court for the
   Southern District of New York
40 Foley Square, Courtroom 443
New York, New York 10007

     Re:   *RSS CSMC2021 – ADV – DE AUR, LLC v. Adventus US Realty #4 LP, et al.*,
          Case No. 1:23-cv-08231-VEC (the "**Action**")

Dear Judge Caproni:

     Pursuant to Rule 2(C) of Your Honor's Individual Practices, Plaintiff RSS CSMC2021 – ADV – DE AUR, LLC ("**Plaintiff**"), by and through its undersigned counsel and with the consent of Defendants Adventus US Realty #4 LP, Adventus US Realty #5 LP, Adventus US Realty #6 LP, Adventus US Realty #8 LP, Adventus US Realty #11 LP, Adventus US Realty #13 LP, Adventus AOF #1 LP, Adventus AOF #2 LP and Adventus Holdings LP (collectively, "**Defendants**"), hereby requests (i) an adjournment of the Initial Pretrial Conference that is currently scheduled for Friday, December 1, 2023 at 10:00 a.m. (the "**IPTC**"); (ii) an extension of the November 23, 2023 deadline for the parties to file the Joint Letter and proposed Civil Case Management Plan as required by the Notice of Initial Pretrial Conference [Doc. #6]; and (iii) a two week extension of the deadline for Defendants to answer, move or otherwise respond to the Complaint [Doc. #1].

     With respect to the IPTC, the parties have conferred and are available on the following alternate dates: December 15th or 22nd.  Accordingly, the parties respectfully request that the Court adjourn the IPTC to one of those dates or such other date, after December 15, 2023, that can be accommodated by the Court's calendar.  In addition, the parties respectfully request that the Court reset the deadline for submission of the Joint Letter and proposed Civile Case Management Plan to coincide with the new date for the IPTC.

     Finally, the parties request that the deadline for Defendants to respond to the Complaint be extended from November 27, 2023 until December 11, 2023.

     The foregoing adjournment request and requested deadline extensions are being sought for the purpose of allowing the parties to continue settlement discussions, which have been ongoing for the last several weeks.  There have been no previous requests for adjournment of the IPTC, nor any requests to extend the Joint Letter/Civil Case Management Plan deadline or the deadline for Defendants to respond to the Complaint.

                                                      Respectfully,

                                                      */s/ Heather Deans Foley*

                                                      Heather Deans Foley

cc:    Counsel of Record (via ECF)

Application GRANTED.  The initial pretrial conference is ADJOURNED to **Friday, December 15, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 6, are due on **December 7, 2023**.  The deadline for Defendants to respond to the Complaint is **December 11, 2023**.

SO ORDERED.

11/03/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE