**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
**T** (212) 218-5500
**F** (212) 218-5526

jyu@seyfarth.com
**T** (212) 218-5524

www.seyfarth.com

June 1, 2026

**<u>VIA EMAIL AND US MAIL</u>**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007
GarnettNYSDChambers@nysd.uscourts.gov

Re:    **RSS CSMC2021 ADV DE AUR, LLC v. Adventus Realty #4 LP, et al Case No. 23-cv-08231-MMG Joint Status Letter**

Judge Garnett:

Seyfarth Shaw LLP is counsel to Matthew D. Mason, not individually but solely in his capacity as the duly appointed Receiver herein (the "<u>Receiver</u>"). I submit this letter in relation to the JOINT STIPULATION TO MODIFY STIPULATION OF DISCONTINUANCE TO EXTEND TIME TO FILE RECEIVER'S FINAL REPORT [Dkt. No. 111] (the "<u>Stipulation</u>") entered by the Court on April 2, 2026 by and between Receiver, Plaintiff RSS CSMC2021-ADV-DE AUR, LLC ("<u>Plaintiff</u>"), and Defendants ADVENTUS US REALTY #4 LP, ADVENTUS US REALTY #5 LP, ADVENTUS US REALTY #6 LP, ADVENTUS US REALTY #8 LP, ADVENTUS US REALTY #11 LP, ADVENTUS US REALTY #13 LP, ADVENTUS AOF #1 LP, ADVENTUS AOF #2 LP, and ADVENTUS HOLDINGS LP (collectively, "<u>Defendants</u>"). The Stipulation requires Receiver to submit his final report on or before June 1, 2026.

**Receiver needs additional time to file his final report.** However, the Property at issue in this action has been liquidated and Plaintiff no longer has an interest in the action. Accordingly, the parties to the Stipulation can no longer continue to request modification of the Stipulation.

The sole task remaining in this matter is for Receiver to wind-down the affairs of the receivership. Receiver is making progress towards this task, but requires an additional 90 days to bring all accounts to a close and file his final report. Accordingly, Receiver is requesting the Court extend the deadline for Receiver to file his final report to August 31, 2026.

Receiver greatly appreciates the Court's accommodation.

GRANTED. The deadline for the receiver to file his final report is hereby EXTENDED until **August 31, 2026**.

SO ORDERED. Dated June 4, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE



Very truly yours,

SEYFARTH SHAW LLP


*/s/ James S. Yu*
James S. Yu


AED
cc:      Via CM/ECF
All parties of record