Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, NY 10018-1405
**T** (212) 218-5500
**F** (212) 218-5526

jyu@seyfarth.com
T (212) 218-5524

www.seyfarth.com

August 10, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/2026

**VIA EMAIL AND US MAIL**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007
GarnettNYSDChambers@nysd.uscourts.gov

Re: **RSS CSMC2021 ADV DE AUR, LLC v. Adventus Realty #4 LP, et al Case No. 23-cv-08231-MMG Joint Status Letter**

Judge Garnett:

Seyfarth Shaw LLP, counsel to Matthew D. Mason, not individually but solely in his capacity as the duly appointed Receiver herein (the "Receiver"), submits this letter in relation to the JOINT STIPULATION TO MODIFY STIPULATION OF DISCONTINUANCE TO EXTEND TIME TO FILE RECEIVER'S FINAL REPORT [Dkt. No. 111] (the "Stipulation") entered by the Court on April 2, 2026 by and between Receiver, Plaintiff RSS CSMC2021-ADV-DE AUR, LLC ("Plaintiff"), and Defendants ADVENTUS US REALTY #4 LP, ADVENTUS US REALTY #5 LP, ADVENTUS US REALTY #6 LP, ADVENTUS US REALTY #8 LP, ADVENTUS US REALTY #11 LP, ADVENTUS US REALTY #13 LP, ADVENTUS AOF #1 LP, ADVENTUS AOF #2 LP, and ADVENTUS HOLDINGS LP (collectively, "Defendants"). The Stipulation, after prior extensions (including an extension granted by order of the Court on June 4, 2026 [Docket No. 113]), requires Receiver to submit his final report on or before August 31, 2026.

The Property at issue in this action has been liquidated and Plaintiff no longer has an interest in the action. Accordingly, the parties to the Stipulation can no longer continue to request modification of the Stipulation. However, Receiver makes this request directly to the Court.

**Receiver needs additional time to file his final report.** Progress has been made since Receiver's last report. As stated in the prior report, the sole task remaining in this matter is for Receiver to wind-down the affairs of the receivership. Among such tasks are for the Receiver to transition the Property to the purchaser, including management and employment agreements, and those tasks have not yet been completed. Abruptly ending the receivership may result in the Property not being insured. Accordingly, Receiver requires an additional 60 days to complete these tasks and file his final report. Receiver is requesting the Court extend the deadline for Receiver to file his final report to November 2, 2026.

Receiver greatly appreciates the Court's accommodation.

Seyfarth



Very truly yours,

SEYFARTH SHAW LLP

*/s/ James S. Yu*
James S. Yu

AED
cc: Via CM/ECF
All parties of record

GRANTED. The deadline for the receiver to file his final report is hereby EXTENDED until **November 2, 2026**. If a further extension is required, the Court will require a detailed submission regarding what tasks the receiver has completed since March 31, 2026, and what specific tasks remain. The Clerk of Court is respectfully directed to terminate Dkt. No. 114.

SO ORDERED. Dated August 11, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE