Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, NY 10018-1405
**T** (212) 218-5500
**F** (212) 218-5526

jyu@seyfarth.com
T (212) 218-5524

www.seyfarth.com

November 16, 2026

**VIA EMAIL AND US MAIL**

The Honorable Margaret M. Garnett
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

*Re: RSS CSMC2021 ADV DE AUR, LLC v. Adventus Realty #4 LP, et al Case No. 23-cv-08231-MMG Joint Status Letter*

Judge Garnett:

Seyfarth Shaw LLP, counsel to Matthew D. Mason, not individually but solely in his capacity as the duly appointed Receiver herein (the "Receiver"), submits this letter in relation to the status letter submitted to the Court by the Receiver on August 10, 2026, and the granting of Receiver's request therein by the Court extending the deadline for Receiver to file his final report to November 2, 2026.

**Receiver needs additional time to file his final report.** The Property at issue in this action has been liquidated and Receiver has been taking the steps necessary to close all receivership accounts and pending business. As stated in prior correspondences, the sole tasks remaining in this matter is related to the winding down of the affairs of the receivership in transitioning the Property to the new ownership. Among such tasks are for the Receiver to negotiate a new asset management agreement. This has had some complexities that is taking time for the Receiver to resolve, and it is necessary for the Receiver to continue to manage the Property through this period and for Receiver to maintain the current insurance policy through the transition of the Property to a new agreement. Any interruption in this process may result in the Property losing its insurance.

Receiver is unable to file his final report until all tasks are completed. However, concurrently herewith, Receiver is submitting an interim report to advise the Court of the current condition of the Property estate. Receiver believes he will have the issues resolved by the end of the year. Additionally, it is advantageous from an accounting standpoint for Receiver to file its final report sometime after the end of 2026. Accordingly, Receiver is requesting the Court **extend the deadline for Receiver to file his final report to January 15, 2027.**

Receiver greatly appreciates the Court's accommodation.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ James S. Yu*

James S. Yu

AED
cc: Via CM/ECF
All parties of record

GRANTED. The deadline for Receiver to file the final report is hereby EXTENDED to **January 15, 2027.** The Clerk of Court is respectfully instructed to terminate Dkt. No. 116.

SO ORDERED. Dated November 19, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE